**96–2026. State ex rel. Holiday Gen. Corp. v. Indus. Comm.**
Franklin App. No. 95APD07–877. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–754. Caruso v. Kinkela.**
This cause originated in this court on the filing of a motion for emergency order to abolish the Ohio Adult Parole Authority. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte,* that this cause be, and hereby is, dismissed.

*Monday, April 21, 1997*

## MOTION DOCKET

**96–1875. Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 94–1964–EL–CSS, 95–1139–EL–COI, 95–1140–EL–COI, 95–299–EL–AIR and 95–300–EL–AIR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion to stay the appeal of the Ohio Consumers' Counsel,

IT IS ORDERED by the court that the motion to stay the appeal of the Ohio Consumers' Counsel be, and hereby is, granted.

Douglas, J., dissents.

Resnick, J., not participating.

**96–2790. State v. Clemons.**
Hamilton C.P. No. B9511119. This cause is pending before the court as an appeal from the Court of Common Pleas for Summit County. Upon consideration of appellant's motion to review docket and set briefing schedule,

IT IS ORDERED by the court that the briefing schedule under S.Ct.Prac.R. XIX(5) shall commence on February 27, 1997, the date the Clerk of the Supreme Court received and filed the transcript of proceedings in this case. Under S.Ct.Prac.R. XIX(5), appellant's briefing shall be due ninety days from February 27, 1997, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. XIX(5).

## MISCELLANEOUS DISMISSALS

**97–748. Lawson v. Pontesso.**
In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court, *sua sponte,* that this cause be, and hereby is, dismissed.

*Wednesday, April 23, 1997*

## MERIT DOCKET

**97–362. State ex rel. Rollins v. Ohio Adult Parole Auth.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.